IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN FLYNN, et al., Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-1623 (RMC) |
| BRICKMEN STRUCTURES, INC., Defendant. | ) | |

**DECLARATION OF IRA MITZNER IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On September 26, 2007, service of the Summons and Complaint in this action was made upon Brickmen Structures, Inc. by delivering said documents at 1615 1/2 University Boulevard, N.E., Alburquerque, NM 87106 upon Anthony Tapia, owner, authorized to accept service on behalf of Architectural Southwest Stone Company, LLC.

3. Proof of such service is provided by the Declaration of process server, Amelia Sisneros, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/22/07

Ira R. Mitzner

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

Plaintiffs,

V.

BRICKMEN STRUCTURES, INC.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NU

Case: 1:07-cv-01623
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/13/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

BRICKMEN STRUCTURES, INC.
7819 GRAYSON ROAD, N.W.
ALBURQUERQUE, NM 87120

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

SEP 13 2007
DATE

Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by | DATE 09-26-07 |
|---|---|
| NAME OF SERVER *(PRINT)* Amelia Sisneros | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☒ Other (specify): By serving ANthony Tapia, Owner, authorized to accept. Service was completed at 1615½ University Boulevard, N.E., Albuquerque, NM 87106

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 9/28/07 [signature: Amelia Sisneros]
Date — *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Initial Electronic Case Filing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.