CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
      Plaintiffs,

vs.

BRICKMEN STRUCTURES, INC.,
      Defendants.

Civil Action No. 07-1623

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __25th__ day of __October, 2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __BRICKMEN STRUCTURES, INC.__ was [were]: [personally served with process on __September 26, 2007__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC  20006

__184564__
Bar Id. Number

Address and Telephone Number (202) 420-2200

**EXHIBIT A**

Case 1:07-cv-01623-RMC    Document 3-2    Filed 10/25/2007    Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 25th day of October 2007, upon:

>Brickmen Structures, Inc.
>7819 Grayson Road NW
>Alburquerque, NM  87120

_____
Joanne Jackson

2341897.01