Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

    Plaintiff(s)

v.

Civil Action No. **07-1623 (RMC)**

**BRICKMEN STRUCTURES, INC.**

    Defendant(s)

RE: BRICKMEN STRUCTURES, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this **26th** day of **October**, **2007** declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
               Deputy Clerk