UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1623 (RMC) |
| | ) |
| BRICKMEN STRUCTURES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On September 13, 2007, Plaintiffs, John Flynn, *et al.*, filed a Complaint against Defendant Brickmen Structures, Inc., seeking to enforce the terms of the Plan and Trust Agreements adopted by the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and the International Masonry Institute ("IMI"), and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 *et seq*. On September 26, 2007, Brickmen Structures, Inc. was served with the Summons and Complaint. *See* Dkt. #2. Defendant's answer was due October 16, 2007. Defendant has failed to appear, plead, or otherwise defend Plaintiffs' Complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendant Brickmen Structures, Inc. on October 26, 2007. *See* Dkt. #4. On November 28, 2007, Plaintiffs filed a motion for entry of default judgment. *See* Dkt. #5. Accordingly, it is hereby

**ORDERED** that on or before January 4, 2008, Defendant Brickemen Structures, Inc.

shall **SHOW CAUSE** why the Court should not grant Plaintiffs' motion for default judgment [Dkt. # 5].

        **SO ORDERED**.


Date:   December 3, 2007                                          /s/
                                                                                      ROSEMARY M. COLLYER
                                                                                      United States District Judge